UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAFFORD BROUMAND, M.D.<br><br>           Petitioner,<br><br> -against-<br><br>JEREMY JOSEPH; PATRICIA HAWKINS;<br>SEAN GABRIEL; LEIGH SLAUGHTER; and<br>JENNIFER A. GREENHALL,<br><br>           Respondents. | Case No. 20-cv-9137 (JSR) |

**RESPONDENT JEREMY JOSEPH'S SUPPEMENTAL REPLY BRIEF IN SUPPORT OF OPPOSITION AND OBJECTIONS TO PETITION TO COMPEL COMPLIANCE WITH <u>ARBITRATOR'S SUBPOENA</u>**

  Respondent Jeremy Joseph ("<u>Joseph</u>"), appearing specially and without submitting to the Court's jurisdiction in this matter, respectfully submits his Supplemental Reply Brief pursuant to the Court's Order dated January 7, 2021, Dkt. No. 33 ("<u>Order</u>"), in connection with his Opposition to Petitioner Stafford Broumand, M.D.'s ("<u>Broumand</u>'s") Petition to Compel Compliance with Arbitrator's Subpoena (the "<u>Petition</u>").

  Joseph submits the following response to Broumand's Supplemental Brief, Dkt. No. 37. <u>First</u>, Broumand now <u>admits</u> that he cannot compel Joseph to testify before the arbitrator in New York. Id. at § III. As a result, Broumand's Petition attempts to enforce an invalid subpoena seeking to compel relief that Broumand recognizes he cannot obtain. See Dkt. No. 1-1 at pp 1-2 ["you are hereby ordered to appear at an evidentiary hearing to be held at the office listed below" and listing Petitioner's counsel's New York office as the place for appearance at an unspecified date and time]. Broumand now appears to seek to rewrite the subpoena by claiming that it requires testimony via

1

videoconference, which it does not. And, as demonstrated in Joseph's supplemental brief and below, even if it did, Broumand cannot compel Joseph's testimony via video conference.

Second, and with respect to the issue of video testimony, Broumand fails to rebut Joseph's showing that a non-party to an arbitration simply cannot be compelled to provide video testimony under Section 7 of the Federal Arbitration Act. Instead, Broumand cites inapposite authority regarding depositions in federal cases, which does not nothing to overcome the Eleventh Circuit's clear holding in *Managed Care* that a "court may not enforce an arbitral summons for a witness to appear via video conference." 939 F.3d at 1160.

Overall, and based on the briefing, it is clear that Broumand is seeking to (a) enforce an arbitral subpoena that, on its face, transgresses the geographical limit set forth in Rule 45(c) and (b) rewrite the subpoena, albeit unsuccessfully, to try to compel video testimony that the Court simply cannot order Joseph to provide. Accordingly, Joseph respectfully requests that the Court deny the Petition in its entirety.

Dated: January 22, 2021

Respectfully Submitted,

/s/Steven A. Heath
HEATH STEINBECK, LLP
Steven A. Heath (*pro hac vice* pending)
10675-B Santa Monica Blvd.
Los Angeles, CA 90025
Tel: (213) 335-6245
Fax: (213) 335-6246
saheath@heathsteinbeck.com

SHER TREMONTE, LLP
Justin M. Sher
90 Broad Street, 23rd Floor
New York, NY 10004
Tel: (212) 220-2600
Fax: (212) 202-4156
jsher@shertremonte.com

*Attorneys for Jeremy Joseph*

## **CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is Heath Steinbeck, LLP, 10675-B Santa Monica Blvd, Los Angeles, CA 90025.

On January 22, 2021, I served the **RESPONDENT JEREMY JOSEPH'S SUPPEMENTAL REPLY BRIEF IN SUPPORT OF OPPOSITION AND OBJECTIONS TO PETITION TO COMPEL COMPLIANCE WITH ARBITRATOR'S SUBPOENA** on the interested parties in this action:

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
The document was served on the following via The United States District Court – Southern District of Texas's CM/ECF electronic transfer system which generates a Notice of Electronic Filing upon the parties, the assigned judge, and any registered user in the case:

Kirsch & Niehaus, PLLC
Emily Bab Kirsch, Esq.
Paul R. Niehaus, Esq.
150 East 58th Street, 22nd Floor
New York, NY 10155
Emily.Kirsch@kirschniehaus.com
Paul.Niehaus@kirschniehaus.com
*Counsel for Petitioner Stafford Broumand*

The Law Office of Patrick Gaffney
Patrick Gaffney, Esq.
11 Broadway, Suite 715
New York, New York 10004
pgaffney@gafflaw.com
*Counsel for Respondent Sean Gabriel*

Sher Tremonte, LLP
Justin M. Sher, Esq.
90 Broad Street, 23rd Floor
New York, New York 10004
jsher@shertremonte.com
*Counsel for Respondent Jeremy Joseph*

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2021, here, at Los Angeles, California.

/s/ Steven A. Heath