```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
STAFFORD BROUMAND, M.D.,             :
                                     :     20-cv-9137 (JSR)
                                     :
        Petitioner,                  :
                                     :            ORDER
            -v-                      :
                                     :
JEREMY JOSEPH, PATRICIA HAWKINS,     :
SEAN GABRIEL, LEIGH SLAUGHTER, and   :
JENNIFER A. GREENHALL,               :
                                     :
        Respondents.                 :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Petitioner Stafford Broumand, a party to an ongoing arbitration in New York, brought the instant petition pursuant to 9 U.S.C. § 7 to compel respondents to comply with arbitral subpoenas directing them to appear at an evidentiary hearing to provide testimony and documents. Before the Court are the motions of respondents Jeremy Joseph and Sean Gabriel to dismiss the petition. Upon consideration, the motions are hereby granted. A memorandum explaining the reasons for this ruling will issue in due course. The Clerk of the Court is directed to close the entry at docket number 27.

SO ORDERED.

Dated:   New York, NY                    _____
         January 28, 2021                JED S. RAKOFF, U.S.D.J.