**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STAFFORD BROUMAND, M.D.,

                    Petitioner,                20 **CIVIL** 9137 (JSR)

       -against-                                **JUDGMENT**

JEREMY JOSEPH, PATRICIA HAWKINS, SEAN
GABRIEL, LEIGH SLAUGHTER, and JENNIFER
A. GREENHALL,

                    Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 27, 2021, the Court granted the motions of respondents Joseph and Gabriel to dismiss the petition on January 28, 2021. In particular, the Court holds that, although the Court has personal jurisdiction over respondents, the petition has failed to state a claim on which relief can be granted; accordingly, the case is closed.

**DATED:** New York, New York
            February 28, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                       **BY:**     K. Mango

                                                    **Deputy Clerk**